# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOM MARK FRANKS,** | Case No. 2:17-cv-1056 KJM CKD (PC) |
| Plaintiff, | **ORDER** |
| **v.** | |
| **J. CLARK KELSO, et al.,** | |
| Defendants. | |

Good cause appearing, Defendant Giddings's first request for a ninety-day extension of time, to and including November 6, 2018, in which to file a motion for summary judgment is GRANTED.

Defendant Giddings shall file a motion for summary judgement on or before November 6, 2018.

Dated: August 13, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE