IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOM MARK FRANKS,** | Case No. 2:17-cv-1056 KJM CKD (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **J. CLARK KELSO, et al.,** | |
| Defendants. | |

The Court has considered Defendant's request for a twenty-day extension of time to file a dispositive motion. Good cause appearing for this request, the Defendant shall have until November 26, 2018, to file their dispositive motion.

Dated: November 6, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE