UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM MARK FRANKS,<br><br>    Plaintiff,<br><br>    v.<br><br>J. CLARK KELSO, et al.,<br><br>    Defendants. | No. 2:17-cv-1056 KJM CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file an opposition to defendant's motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 37) is granted; and

2. Plaintiff is granted up to and including December 28, 2018, in which to file an opposition to the pending motion for summary judgment. Plaintiff's failure to file an opposition by December 28, 2018 will result in a recommendation that this action be dismissed without prejudice.

Dated: December 18, 2018

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
fran1056.36