UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM MARK FRANKS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. CLARK KELSO, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-1056 KJM CKD P<br><br><br>ORDER |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. §1983. On November 18, 2019, plaintiff filed a motion seeking leave to amend. However, plaintiff has not submitted a copy of a proposed amended complaint. As a litigant proceeding in forma pauperis, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. See 28 U.S.C. § 1915. Because plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it. Furthermore, in his motion, plaintiff fails to indicate specifically how he might amend if granted leave.

/////
/////
/////
/////
/////

1

For these reasons, IT IS HEREBY ORDERED that plaintiff's motion for leave to file an amended complaint (ECF No. 58) is denied.

Dated: December 11, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
fran1056.mta